MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
T. KENNEDY HELM (SBN 282319)
MAYA SORENSEN (SBN 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

SANJAY S. SCHMIDT (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone:   (415) 563-8583
Facsimile:    (415) 223-9717

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LAPACHET,<br><br>  Plaintiff,<br>  vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., LANI ANTONIO, P.A., VERONICA BERGHORST, R.N., JESSAMAE TRINIDAD, R.N., GRASHIKA DEVENDRA, Psychiatric R.N., TABITHA KING, L.V.N., AMARDEEP TAWANA, L.V.N., JUDITH ALEJANDRE, L.V.N. COUNTY OF STANISLAUS, a municipal corporation, Stanislaus County Sheriff ADAM CHRISTIANSON, and DOES 1-50, Jointly and Severally,<br><br>  Defendants. | Case No. 4:16-cv-06959-HSG<br><br>**STIPULATION AND ORDER RE: AMENDING SCHEDULING ORDER FOR CASE ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE II & III (Dkt. 4)** |

No. 4:16-CV-06959-HSG: STIPULATION & [PROPOSED] ORDER RE: ADA SCHEDULING ORDER

**STIPULATION**

The parties, by and through their respective attorneys of record, hereby respectfully stipulate and agree as follows:

1. Whereas, on December 6, 2016, a "Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act Title II & III (42 U.S.C. §§ 12131-89)" (hereafter "Scheduling Order") was issued in the instant action, Dkt. 4, presumably due to the inclusion of claims under Title II and Title III of the ADA in the Fifth Cause of Action of the Complaint. Dkt. 1 at 42:9-45:9.

2. The Scheduling Order sets forth a series of successive dates. *See* Dkt. 4 at 1:24-2:8.

3. Although there are Title II and III claims at issue in the instant case, the crux of these claims is different than more common ADA claims, which expressly and exclusively concern the physical condition of property. The claims here concern acts and omissions, as set forth more fully in the Complaint. Dkt. 1 at 42:9-45:9.

4. Due to law and motion matters currently pending in this case, the parties all agree that it would be premature and inefficient to hold a joint inspection at this early stage.

5. Based on the foregoing circumstances, the parties hereby jointly request that the Court extend all of the dates set forth in the current Scheduling Order by three months, which would extend the current deadline of **March 17, 2017** for the parties and counsel to hold the joint inspection of premises to **June 9, 2017**. All of the other deadlines that are tied to the March 17, 2017 deadline would be correspondingly extended.

6. Accordingly, the parties stipulate and respectfully request that this Court enter the Order below, amending the Scheduling Order (Dkt. 4) as follows:

   The current deadline of March 17, 2017 for the parties and counsel to hold a joint inspection of the premises shall be extended to June 9, 2017, and all preceding and subsequent deadlines that are tied to this deadline shall be correspondingly extended.

No. 4:16-CV-06959-HSG: STIPULATION & [PROPOSED] ORDER RE: ADA SCHEDULING ORDER

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Dated: March 14, 2017           LAW OFFICE OF SANJAY S. SCHMIDT

3                                  */s/ Sanjay S. Schmidt*
                                   SANJAY S. SCHMIDT
4                                  Co-Counsel for Plaintiff
                                   JEREMY LAPACHET
5

6  Dated: March 14, 2017           BERTLING & CLAUSEN, LLP

7                                  */s/ Jemma Saunders\**
                                   JEMMA SAUNDERS
8                                  Attorneys for Defendants CFMG, Fithian, Antonio,
                                   Berghorst, Trinidad, Devendra, King, Tawana, Alejandre
9

10

11 Dated: March 14, 2017           RIVERA & ASSOCIATES

12                                 */s/ Jesse Manuel Rivera\**
                                   JESSE MANUEL RIVERA
13                                 Attorneys for Defendants County of Stanislaus, Sheriff
                                   Adam Christianson
14

15

16 *Ms. Saunders and Mr. Rivera give their consent to file this stipulation with their
   electronic signatures.
17

No. 4:16-CV-06959-HSG: STIPULATION & [PROPOSED] ORDER RE: ADA SCHEDULING ORDER

**ORDER**

PURSUANT TO THE STIPULATION ABOVE, AND GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED. The Scheduling Order (Dkt. 4) shall be amended as follows: The current deadline of March 17, 2017 for the parties and counsel to hold a joint inspection of the premises shall be extended to June 9, 2017, and all preceding and subsequent deadlines that are tied to this deadline shall be correspondingly extended.

IT IS SO ORDERED.

Dated: March 14, 2017

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT